# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                                                 **U S D C Court**

Case Number: 1:05CV01159

Plaintiff:
**ZEWDE TEKLE**

vs.

Defendant:
**LANDMARK PARKING, INC**

For:
Nils Peterson
NILS G. PETERSON
2009 N. 14th St
Suite 708
Arlington, VA 22201

Received by ALLIANCE LEGAL SERVICES, INC. on the 10th day of June, 2005 at 1:11 pm to be served on **LANDMARK PARKING INC., C/O CT CORPORATION SYSTEM, REGISTERED AGENT - 1015 15TH STREET, SUITE 1000, WASHINGTON, DC. 20005.**

I, Emily Christensen, being duly sworn, depose and say that on the **13th day of June, 2005 at 11:15 am, I:**

Delivered a true copy of the **Summons in a Civil Case/ NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE/ COMPLAINT FOR FAILURE TO PAY OVERTIME IN VIOLATION OF THE FAIR LABOR STANDARDS ACT/ CONSEBT TO BECOME PARTY PLAINTIFF/ INITIAL ELECTRONIC CASE FILING ORDER/ ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM** to MARK GIFFENBAUGH WHOSE TITLE IS: TEAM LEADER who stated that they were authorized to accept for the witness in their absence.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

Subscribed and Sworn to before me on the 13th day of June, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires  11/30/06

**Emily Christensen**
Process Server

**ALLIANCE LEGAL SERVICES, INC.**
**P.O. Box 523078**
**Springfield, VA 22152**
**(703) 644-8571**

Our Job Serial Number: 2005000705

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i