IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZEWDE TEKLE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:05CV01159 |
| LANDMARK PARKING, INC., | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant, Landmark Parking, Inc., by and through its undersigned attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests an extension of time—until July 12, 2005—in which to respond to the Complaint in the above-captioned case. In support of its motion, Defendant states as follows:

1. The Complaint was served on Defendant on June 13, 2005.

2. Accordingly, Defendant's response to the Complaint is due on July 5, 2005.

3. Due to the upcoming holiday and the press of other business, the undersigned counsel needs additional time to investigate the allegations in the Complaint and frame an appropriate response.

4. Accordingly, Defendant requests additional time—until July 12, 2005—to respond to the Complaint.

5. Plaintiff, through counsel, has consented to the requested extension.

6. No other extensions have been previously requested in this case.

WHEREFORE, Defendant respectfully requests that its motion be granted.

          Respectfully submitted,

          LANDMARK PARKING, INC.


          _____/s/_____
          Karla Grossenbacher
          Peter Chatilovicz
          SEYFARTH SHAW LLP
          815 Connecticut Avenue, N.W.
          Suite 500
          Washington, D.C. 20006-4004

          Attorneys for Defendant

Dated: July 1, 2005

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Extend Time to Respond to Complaint was served via first-class mail, postage pre-paid, this 1st day of July, 2005, upon:

> Nils Peterson, Esquire
> 2009 N. 14th St., Suite 708
> Arlington, VA 22201

/s/
Karla Grossenbacher