IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA)

| | |
|---|---|
| ZEWDE TEKLE, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANDMARK PARKING, INC., )<br>)<br>Defendant. )<br>)<br>)<br>) | Civil Action No. 1:05CV01159 |

ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Complaint and the record herein, it is on this _____ day of July, 2005, hereby

ORDERED, that the motion is GRANTED, and it is

FURTHER ORDERED that Defendant shall have until July 12, 2005, to respond to the Complaint.

SO ORDERED.

_____
Reggie B. Walton
U.S. District Court Judge

Copies to

Nils Peterson, Esquire
2009 N. 14th St., Suite 708
Arlington, VA  22201

Karla Grossenbacher, Esquire
SEYFARTH SHAW LLP
815 Connecticut Avenue
Suite 500
Washington D.C. 20006

DC1 30148442.1