IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ZEWDE TEKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01159 (RBW) |
| ) | |
| LANDMARK PARKING, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Landmark Parking, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Landmark Parking, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

LANDMARK PARKING
OF VIRGINIA, INC.

By:_____/s/_____
   Karla Grossenbacher, No. 442544
   Peter Chatilovicz, No. 210278

Its Attorneys

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Dated: July 12, 2005

DC1 30148949.1