**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZEWDE TEKLE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01159 |
| ) | |
| LANDMARK PARKING, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d), undersigned counsel conferred via telephone on August 19, 2005, and hereby submit their joint written report in the above-captioned case. The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

### Statement of the Case

Plaintiff states: Plaintiff and other similarly situated employees were not compensated properly for overtime hours that they worked for Defendant.

Defendant states: Defendant denies all substantive allegations in Plaintiff's Complaint.

### Local Rule 16.3(c) Matters

**(1)     Dispositive Motions**: There are no pending dispositive motions. Defendant anticipates filing a motion for summary judgment. Defendant proposes filing any motion for summary judgment 45 days following the close of all discovery.

**(2)     Joinder/Amendment of Pleadings:**  For joinder of parties, see below under (10). The parties agree that pleadings should be amended by **October, 2005** (thirty (30) days after the Initial Scheduling Conference) unless allowed otherwise by the Court. At this time, the parties are not able to agree upon or narrow any factual or legal issues in this case.

DC1 30151131.1

**(3)** **Assignment to Magistrate Judge:** The case should not be assigned to a Magistrate Judge for all purposes.

**(4)** **Possibility of Settlement:** Settlement discussions have occurred and are ongoing at this time.

**(5)** **Alternative Dispute Resolution:** The parties will be in a better position to determine whether the case will benefit from alternative dispute resolution (ADR) once settlement discussions have progressed.

**(6)** **Dispositive Motions:** The parties agree that final dispositive motions should be filed forty-five (45) days after the close of all discovery, with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court. The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

**(7)** **Initial Disclosures:** The parties propose to dispense with the initial disclosure provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**(8)** **Extent of Discovery:** The parties propose **March 14, 2006** (180 days after the Initial Scheduling Conference) as the deadline for conducting discovery. This estimate is necessarily dependent on the number of individuals that may eventually choose to opt into the case. Should additional time for discovery be needed, the parties shall request such additional time of the Court. The number of interrogatories and depositions are also necessarily dependent on how many individuals are ultimately allowed to opt into the case. In the event counsel cannot come to an agreement regarding the number of depositions and interrogatories to which each party shall be entitled after the number of individuals participating in the case has been determined, the parties will seek the Court's guidance.

**(9)** **Expert Witness Reports:** Expert discovery, if any, shall proceed along the schedule set forth in the Federal Rules of Civil Procedure.

**(10)** **Class Actions:** Plaintiff anticipates conducting some initial discovery prior to filing a motion to request notice to individuals who may wish to opt into the action. Plaintiff agrees that such motion will be filed no later than **December 1, 2005**, unless modification is requested of the Court. Defendant reserves the right to contest such motion and to oppose collective action status in this case.

**(11)** **Bifurcated Trial/Discovery:** The parties agree that this litigation does not need to be bifurcated.

**(12)** **Pretrial Conference Date:** The parties propose that a pretrial conference be held sixty (60) days after the Court rules upon dispositive motions filed after the close of discovery, if any.

**(13)** **Trial Date:** The parties agree that the trial date should be set at the pretrial conference.

**(14)** **Other Matters:** None.

Respectfully Submitted,

ZEWDE TEKLE

By:    /s/
Nils G. Peterson, Esq., Bar No. 295261
2009 North 14th Street, NW
Suite 708
Arlington, VA 22201
703-527-9900 (telephone)
703-522-1250 (facsimile)

Counsel for Plaintiffs

Dated: September 1, 2005

Respectfully Submitted,

LANDMARK PARKING, INC.

By    /s/

Karla Grossenbacher, Esq., Bar No. 422544
Patricia McDonough, Esq., Bar No. 479266
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
202-463-2400 (telephone)
202-828-5393 (facsimile)

Attorneys for Defendant

Dated: September 1, 2005

DC1 30151131.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEWDE TEKLE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01159 |
| ) | |
| LANDMARK PARKING, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## THE PARTIES' JOINTLY PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown. The parties agree that, as detailed in the parties' Joint Local Rule 16.3 Report, discovery may need to be enlarged, and that the reasons stated in paragraph 8 of the parties' September 1, 2005 Joint Local Rule 16.3 Report shall constitute good cause shown.

| | |
|---|---|
| Initial Disclosures | Not required |
| Amendment of Pleadings | October 15, 2005 |
| Close of Fact Discovery | March 14, 2006 |
| Close of Expert Discovery | March 14, 2006 |
| Dispositive Motions | April 28, 2006 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |
| Trial | To be set at the pretrial conference |

SO ORDERED.

_____      _____
Date                                            United States District Court Judge

DC1 30151131.1

Copies to:

Nils G. Peterson, Esq.
nilspeterson@aol.com

Karla Grossenbacher, Esq.

kgrossenbacher@seyfarth.com

Patricia McDonough, Esq.

pmcdonough@seyfarth.com