UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEWDE TEKLE, et al )<br>)<br>    Plaintiffs, )<br>)<br>  v. )<br>)<br>LANDMARK PARKING, INC., )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-1159 (RBW) |

## SCHEDULING ORDER

Pursuant to the initial scheduling conference held in this matter on September 15, 2005, it is hereby

**ORDERED** that this matter will be on a standard track. It is further

**ORDERED** that joinder of additional parties or amendment of the pleadings in this matter shall be accomplished by October 15, 2006. It is further

**ORDERED** that discovery in this matter shall close on March 14, 2006. It is further

**ORDERED** that dispositive motions in this matter shall be filed by April 17, 2006; oppositions shall be filed by May 15, 2006; and replies shall be filed by May 30, 2006. It is further

**ORDERED** that a pretrial conference in this matter shall be held on August 18, 2006 at 9:00 a.m.

**SO ORDERED** on this 23rd day of September, 2005.

REGGIE B. WALTON<br>United States District Judge