UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZEWDE TEKLE,<br><br>       Plaintiff,<br><br>v.<br><br>LANDMARK PARKING, INC.,<br><br>       Defendant. | Civil Action No. 05-1159 (RBW) |

**ORDER**

Upon consideration of the Confidential General Release and Settlement Agreements in this case, which were submitted to the Court by the parties for <u>in camera</u> review, the Court has determined that the parties have reached a fair and equitable settlement. Accordingly, it is hereby

**ORDERED** that the terms of the parties' settlement of the above-captioned matter are approved. It is further

**ORDERED** that the above-captioned case is dismissed.

**SO ORDERED** this 10th day of April, 2006.


                                                      REGGIE B. WALTON
                                                      United States District Judge